O.V. SETTLES, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7106.

United States Court of Appeals,
Federal Circuit.

July 27, 2004.

Kyle E. Chadwick, Jeanne E. Davidson and David M. Cohen, Department of Justice, Washington, DC, for Respondent–Appellee.

Jeffrey Wood, York, PA, for Claimant–Appellant.

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.